AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**D,M., et al.,**

        **Plaintiffs,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**CASE NO. C2-08-399**

**BUTLER COUNTY BOARD**    **JUDGE EDMUND A. SARGUS, JR.**
**OF MENTAL RETARDATION**   **MAGISTRATE JUDGE NORAH MCCANN KING**
**AND DEVELOPMENTAL**
**DISABILITIES, et al.,**

        **Defendants.**

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed November 14, 2008, JUDGMENT is hereby entered in favor of Defendants. This case is DISMISSED.**

Date: November 14, 2008         JAMES BONINI, CLERK

        */S/ Andy F. Quisumbing*
        (By) Andy F. Quisumbing
        Courtroom Deputy Clerk